1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9 VINCENT SOLOMON,

10         Petitioner,             No. CIV S-08-1545 EFB P

11     vs.

12 FERNANDO GONZALES,

13         Respondent.        <u>ORDER</u>

14 _____/

15       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

16 U.S.C. § 2254. He has requested that the court appoint counsel. There currently exists no

17 absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d

18 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if

19 the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

20 Section 2254 Cases. The court does not find that the interests of justice would be served by the

21 appointment of counsel at this stage of the proceedings.

22       Accordingly, it hereby is ORDERED that petitioner's April 30, 2009 motion for

23 appointment of counsel is denied without prejudice.

24 DATED: May 6, 2009.

25

26                            EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE