IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT SOLOMON,

    Petitioner,                   No. CIV S-08-1545 EFB P

    vs.

FERNANDO GONZALES,

    Respondent.                 <u>ORDER</u>

_____/

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has inquired whether the court will appoint him counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED that petitioner's January 19, 2010, request for appointment of counsel is denied without prejudice.

DATED: January 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE